# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-
APR -3 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Curtis McBride
[You are the PLAINTIFF, print your full name on this line.]

v.

Pam Bane
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:23-cv-261
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]  PAM Bane "Counselor" | 1 Park Row Michigan City, IN 46360 |
| 2 | [Put the names of any other defendants in these boxes.]  Cross "Correctional Officer" | 1 Park Row Michigan City, IN 46360 |
| 3 | Gill "Correctional Officer" | 1 Park Row Michigan City, IN 46360 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __10__

2. What is the name and address of your prison or jail? Indiana State Prison 1 Park Row, Michigan City, Indiana 46360

3. Did the event you are suing about happen there? ⊙ Yes.  ○ No, it happened at: _____

4. On what date did this event occur? On, before, and after 9-18-2021

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

| # | Defendant's Name and Job title | Work Address |
|---|---|---|
| 4 | Lott "Lt" | 1 Park Row, Michigan City, IN 46360 |
| 5 | Draper "Lt" | 1 Park Row, Michigan City, IN 46360 |
| 6 | Escovito "Correctional Officer" | 1 Park Row, Michigan City, IN 46360 |
| 7 | Wardlow "Major" | 1 Park Row, Michigan City, IN 46360 |
| 8 | Dawn Buss "Assistant Superint" | 1 Park Row, Michigan City, IN 46360 |
| 9 | J. Hanson "N/A" | 1 Park Row, Michigan City, IN 46360 |
| 10 | D. Bodwick "N/A" | 1 Park Row, Michigan City, IN 46360 |

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 9-18-2021 the power in my cell stopped working. I then informed Pam Bane in was told that on Monday that maintenance would be to fix the problem.

2). No one came on Monday so I alerted correctional officer's Cross and Gill. Correctional officer's Cross and Gill informed me that they had both called maintenance and that maintenance would be over to fix the problem.

3). No one from maintenance still came. I talked to both Lt. Draper and Lt. Lott in which I was again informed that they had both put in work orders and maintenance would be to fix the power in my cell.

4). I then had put in an Emergency grievance to Major Wardlow asking to be moved into a different cell which was ignored and sent back to me.

5). Finally on 10-21-2021 the power was fixed.

6). On 12-13-2021 I was moved from D cellhouse to C cellhouse. When I got to the cell myself and

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

the correctional officer who was escorting me Escovito both looked up and noticed that the cell that I was moving in had no working light or even a place to screw in a light bulb. Nor was it a cable cord and the power outlet was a fire hazzard.

7). I refused to move in the condemed cell pointing out to Escovito that the cell was indeed unfit for a person to live in cause nothing worked in it.

8) I was then informed by Escovito that if I didn't go in the cell that I'd be sent to lock up so not wanting to go to lock up I went in the cell and sit in the dark for days until maintenence came to fix the light, power socket and cable outlet.

9). Prior to the power incident. On 6-21-2021 An institution shake down was being conducted. During shake down I was strip down to my boxer shorts, socks, and T-shirt in put in a cell with just a mat where I was forced to sleep the whole night in that cold unsanatized cell. I requested my blood pressure meds as well as a blanket and sheet all of which was denied.

10.) The next day on 6-22-2021 I was put back in my orginal cell C East 320. I noticed the light fixture had been replaced and left behind was a bunch of dead dried roaches and roach eggs caked and stuck to the wall where the old light fixture was located. I asked for gloves and towels as well for them to call bio hazzard to come clean


Page 3.1

up the dead roaches and roach eggs but was denied so I had to use my face towel to clean the remains of the dead roaches and roach eggs. I was only given a little bit of green cleaning chemical to clean up my whole cell and dead dried up roaches and roach eggs.

11). After cleaning up my cell I noticed that I was missing my legal work, policy papers, writing paper, all of my food, my blood pressure medication, corona mask, Religous material and headwear, all of my underwear and other items needed for me to maintain a less stressful enviorment while serving my Jail time. Officers J. Hanson and D. Bodwick conducted a vindictive search of my cell. I was given a total of (4) confiscation slips

12). On 7-20-2021 I was told to pack up I being moved to D cellhouse which is a lock up unit. I then asked why was I being moved to lock up. I was told that a knife had been found inside my cell during the institution shake down that was conducted on 6-21-2021.

13). As I was being escorted to lock up I saw Dawn Buss and informed her what was going on letting her "Dawn Buss" know that a mistake was being made. I then told Dawn Buss that I hadn't been screened for a write up for a knife and informing Dawn Buss that if a knife was found it had to have been found in a area where I had no access to and reminded Dawn Buss that "McBride" who was the acting Major at the time had went on the institution channel and told us all that we wouldn't be

in trouble for contraband found in areas where we had no access to. Then I informed Dawn Boss that I was escorted to that cell "C east 320" from "D east 433" during a lock down so I was escorted to the cell by a correctional officer and that the facility had been on lock down the entire time. Also making her aware of the fact that the knife had been found in a place that I had no access to.

14.). Once I got to D cellhouse which is lock up. I was put inside a cell and waiting on the bag that my property was packed with me and my mat. I was only given the Mat. I didn't get my bag containing personal items like soap, toothpaste, Deodorant, Shower shoes, Bible, prayer rug, Sheet, Blanket, clothes, legal mail and blood pressure medication. I was made to sit in that cell for (6) days with nothing but a Mat.

15). I filed a Classification appeal on the grounds that I couldn't have put the knife in the spot where it was located because I was moved from D cellhouse cell 433 east to C cellhouse cell 320 east during this lock down and I was escorted by a correctional officer to and from that cell every time that I moved because the facility was and had been on lock down the entire time.

16). Eventually I was found to be not Guilty of the knife write up on the grounds that I couldn't have put the knife in the spot where it was found because I had no

to the outside of my cell and the knife had been found inside of the door Jam located outside of the cell. Being that the facility had been on a lock down.

17). I sometime later signed reclass papers and was told that I'd be moved back to population. I can't give the date because I don't have any access to my prison file to get it at this time. But soon after in Oct of 2021 I had an annual review. During the annual I was told that I should have been moved back to population and signed more papers saying that I was to be released into population.

18). It wasn't until 12-13-2021 that I was finally moved from Lock up back to population. So I sit in lock up from 7-20-2021 until 12-13-2021 for no Just cause and had to endure the horrific experience of having to sit in Lock up inside of a cell with no power from 9-18-2022 until 10-21-2021.

Pro Se 14 (INND Rev. 2/20) page 4

5. When did this event happen?
- ○ Before I was confined.
- ○ While I was confined awaiting trial.
- ☑ After I was convicted while confined serving the sentence.
- ○ Other: _____

6. Have you ever sued anyone for this exact same event?
- ☑ No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ○ No, this event is not grievable at this prison or jail.
- ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

Grant Plantiff Compensatory damages in the amount of $150,000, Grant Plantiff punitive damages in the amount of $150,000, Grant Plantiff Nominal damages in the amount of $150,000 as well as recovery of cost in this suit and any additional relief courts deem.

[Initial Each Statement]
- CM  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- CM  I will keep a copy of this complaint for my records.
- CM  I will promptly notify the court of any change of address.
- CM  I WILL NOT send more than one copy of any filing to the court.
- CM  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- CM  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Signature: _____  Prisoner Number: 157393

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]