Exhibit A

**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

RECEIVED
JUN 2 5 2021

| FOR OFFICIAL USE ONLY |
|---|
| Grievance number |

| To: **Facility Grievance Specialist** | Facility I.S.P. | By | Date (month, day, year) 6-22-2021 |
|---|---|---|---|

| From (name of offender) Curtis McBride | DOC number 157393 | Signature of offender |
|---|---|---|

| Housing assignment C E 320 | Date of Incident (month, day, year) 6-21-2021 |
|---|---|

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

I was forced to sleep in a strip cell for no Just cause. I was put in a cell with nothing but a mat, toothbrush, toothpaste and a bar of soap. I requested a sheet and blanket b/c I was cold from the fan blowing inside my cell. Which I was denied, I informed the C.O. that I needed my blood pressure medication which I was denied. I was made to sleep in that cold cell wearing nothing but my socks, boxers, and T-shirt. Also the cell was unsanitized.

This is a complete Violation of Human Rights.

State the relief that you are seeking.

Those responceible for neglecting and Violating my rights be held accountable. I am a human being and should be treated as such.

| Signature of Facility Grievance Specialist | Date (month, day, year) |
|---|---|

DISTRIBUTION: Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS

RECEIVED
JUN 2 9 2021



**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

| FOR OFFICIAL USE ONLY |
|---|
| Grievance number |
| 130961 |

| To: | Facility | Date *(month, day, year)* |
|---|---|---|
| **Facility Grievance Specialist** | I. S. P. | 6-23-2021 |

| From *(name of offender)* | DOC number | Signature of offender | RECEIVED BY |
|---|---|---|---|
| Curtis McBride | 157393 | [signature] | AUG 1 0 2021 |

| Housing assignment | Date of incident *(month, day, year)* | |
|---|---|---|
| C E 320 | 6-21-2021 | CLASSIFICATIONS |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
*(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)*

I follow all instructions given by the warden regarding what to do during this shakedown. Your staff ignored every thing which we were told how they were going to shake us down. Im missing legal work, Policy papers, writing paper, all my food, meds, corona masks, Religious Headwear, all my under wear except the pair I had on, and things I need to maintain a stressfree time while Im doing my time.

Your officers were Vindictive as how they are handling these Shakedowns, I had every thing seperated even got the thumbs up from the state police as well as Lt. Gordon, saying I was in compliance and my cell was in order. Only for the officers J. Hanson and D. Bodwick to do malicous acts and take whatever they felt like. If I spelled their names wrong it's because they scribled them on the confiscation slips and that's what I could make out.

State the relief that you are seeking.

I want my items back and they need to be held accountable for not complying and being Vindictive.

SCANNED
CLASSIFICATION

| Signature of Facility Grievance Specialist | Date *(month, day, year)* |
|---|---|
| Marla O Lessner | 8/9/2021 |

**DISTRIBUTION:** Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS

**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

RECEIVED JUN 2 5 2021

FOR OFFICIAL USE ONLY

Grievance number 179810   RECEIVED BY

| To: **Facility Grievance Specialist** | Facility I.S.P. | Date (month, day, year) 6-22-2021   JUL 1 3 2021 |

| From (name of offender) Curtis McBride | DOC number 157393 | Signature of offender |
| Housing assignment C E 320 | Date of incident (month, day, year) 6-22-2021 | |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance. *(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)*

I returned to my cell to find that the light fixture had been replaced and behind the old one was old dead dried out roaches and eggs. I requested bio Hazard to come clean it up. Which I was denied. I was issued a half cup of green chemical and that's it. I had to clean an entire cell along with the remains of dead roaches and roach eggs caked up on my wall with my face towel. No gloves were issued as I requested for and was denied.

SCANNED

State the relief that you are seeking.

To be Treated like a human being And new wash Towel

| Signature of Facility Grievance Specialist | Date (month, day, year) 7-13-21 |

DISTRIBUTION: Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS

**Indiana Department of Correction**
**Indiana State Prison**

## Offender Grievance Response Report

**Case Log #: 129890**

DOC No: 157393    **Offender Name:**    Curtis Mcbride

Bldg/Range/Bed: C5 CE3 720

**Current Facility:** ISP

**TOPIC:**  Housing - Cell Provisions                                      Incident Date: 25-JUN-21

## Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|-------|-----------------|--------------------|--------------|
| 1 - Formal Grievance | 22-JUN-21 | 25-JUN-21 | 02-SEP-21 |

RECEIVED BY

**Level Response**
Usually, BIO-Hazard is only called out when theres O.C., feces, etc. to clean up.  All staff is aware that they have cleaning supplies handed out on tuesday and thursday mornings for you to get upon request to use to clean your cell with.  Sometimes there is a limited amount of paper towel and gloves given to every cellhouse.

SEP 1 4 2021

CLASSIFICATIONS

GRIEVANCE  ADDRESSED

_____
**Executive Assistant**

9/2/21
_____
**Date**

_____
**Student/Offender**

9-2-21
_____
**Date**

RECEIVED
CLASSIFICATION

_____ Agree   ✓  Disagree

Please send Appeal form

02-SEP-21 10:17 AM



**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

AUG 2 7 2021

| FOR OFFICIAL USE ONLY |
|---|
| Grievance number |

| To: **Facility Grievance Specialist** | Facility | Date (month, day, year) 8-17-2021 |
|---|---|---|

| From (name of offender) Curtis McBride | DOC number 157393 | Signature of offender |
|---|---|---|

| Housing assignment DW 222 | Date of incident (month, day, year) 7-20-2021 | SEP 0 8 |
|---|---|---|

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
*(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)*

I was escorted to DCH from CCH. I was told by the Lt. of CCH that I would be able to take a bag to DCH. I pack the bag and it didn't come. I asked the officer's over in DCH to get my items all they Brought me was a Mattress. I wrote property asking for my belongings. I asked every C.O. that worked the range to get my soap, shower shoes, Bible, Prayer Rug, sheets, Blanket, and clothing items. I was made to sit in this cell for 6 whole days with nothing but a Mat. I'm still without my blood pressure meds and legal mail that I've been requesting

SCANNED
CLASSIFICATION

State the relief that you are seeking.

Have Property bring my items and make these officers do their Jobs. I still need my legal work, Prayer rugs, cable cord, remote and blood pressure meds, which I have wrote Property requesting

| Signature of Facility Grievance Specialist | Date (month, day, year) |
|---|---|

**DISTRIBUTION:** Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS

**OFFENDER GRIEVANCE**
State Form 45471 (R4 / 4-17)
DEPARTMENT OF CORRECTION

RECEIVED
JUL 2 6 2021

| FOR OFFICIAL USE ONLY | |
|---|---|
| Grievance number | |
| Date (month, day, year) | 7-28-2021 |

| To: **Facility Grievance Specialist** | Facility I.S.... | Signature of offender |
|---|---|---|

| From (name of offender) Curtis McBride | DOC number 157393 | |
|---|---|---|

| Housing assignment DW222 | Date of incident (month, day, year) 7-20-2021 |
|---|---|

Provide a brief, clear statement of your complaint or concern.  Include any information that may assist staff in responding to your grievance.
*(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)*

I have been sitting in this cell for 3 days with ONLY A Mattress. No one has brought the items that I'm allowed to have like My Fan, Sheet, blanket, or personal items.

All they gave me was A Mattress

State the relief that you are seeking.

bring My Sheet, blanket and items so I can keep My Mental Sane. I'm sleeping on Just a Mattress

| Signature of Facility Grievance Specialist | Date (month, day, year) |
|---|---|

February

**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

JUL 28 2021

FOR OFFICIAL USE ONLY

Grievance number

| To: **Facility Grievance Specialist** | Facility I.S.P | Date (month, day, year) 7-26-202_ |
|---|---|---|

| From (name of offender) Curtis McBride | DOC number 157393 | Signature of offender |
|---|---|---|

| Housing assignment L U. 222 | Date of incident (month, day, year) 7-23-202_ |
|---|---|

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
**(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)**

I am sitting in this cell with nothing but a mat.

State the relief that you are seeking. Make them bring ~~back my stuff~~ my shower shoes, legal work, bible, praise rug, fan, headphones, radio, its been almost a full 7 day week. This isn't right.

And my Hygiene As well as my sheet and blanket as well as My medication

| Signature of Facility Grievance Specialist | Date (month, day, year) |
|---|---|

**DISTRIBUTION:** Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS



**Indiana Department of Correction**
**Indiana State Prison**
# Offender Grievance Response Report
### Case Log #: 130961

GOT 0 4 2021   JRW

| | | |
|---|---|---|
| **DOC No:** 157393 | **Offender Name:** Curtis Mcbride | **Bldg/Range/Bed:** D-D2- 222 |
| **Current Facility:** ISP | | |

**TOPIC:** Operations, Institution - Personal Property-Incl.Confiscation or Destructior     **Incident Date:** 21-JUN-21

## Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| l - Formal Grievance | 23-JUN-21 | 29-JUN-21 | 31-AUG-21 |

**Level Response**
Per Major Wardlow, you shoud have all of your allowed property back.  If you feel as if your property was lost or damaged by staff, you need to file a tort claim for these items .  The property room officer is aware of your concern.  Please be patient as staff is still going through offenders property, and are trying to get it back to everyone in a timely manner.

GRIEVANCE  ADDRESSED

September 27, 2021

FACILITY APPEAL RESPONSE

Your appeal has been reviewed.  Level 1 response is appropriate.

APPEAL DENIED

Executive Assistant Mark Newkirk for Warden Neal

RECEIVED BY

OCT 1 4 2021

CLASSIFICATIONS

SCANNED

_____
**Executive Assistant**

9.27.21
**Date**

_____
**Student/Offender**

8-30-2021
**Date**

_____ Agree   ____ Disagree

27-SEP-21 11:45 AM



## GRIEVANCE APPEAL
State Form 45473 (R3 / 4-17)
DEPARTMENT OF CORRECTION
OFFENDER GRIEVANCE PROGRAM



SEP 17 2021
SRW

| | FOR OFFICIAL USE ONLY |
|---|---|
| | Grievance log number 130961 |

| Date form sent to offender *(month, day, year)* | Date of grievance *(month, day, year)* | |
|---|---|---|
| 9-14-2021 | 06-23-2021 | |
| Name of offender | DOC number | Facility |
| Curtis McBride | 157393 | I.S.R. |
| Housing assignment | Date grievance response received *(month, day, year)* | RECEIVED |
| DW222 | 08-31-2021 | |

**Facility level appeal:**

I don't have my allowed items. My T.V. was sent to me minus the cable cord and remote control. I've been writing property, Bane, Wardlaw about the matter. I'm being forced to order items that I already have in my property (soap, Deodorant, magic shave). I have been writing property asking for my prayer rugs, Blood pressure meds, legal work, Remote control, cable cord and books. No Response

| Signature of offender | Date signed *(month, day, year)* |
|---|---|
| | 09-14-2021 |

**Facility level response:**

Attached

SCANNED CLASSIFICATION

| Signature of warden / designee | Date signed *(month, day, year)* |
|---|---|
| | 9.6.21 |

| **Please check the appropriate box and return this form to the *Facility Grievance Specialist.*** |
|---|
| ☐ Agree with facility appeal response. |
| ☐ Disagree with facility appeal response. Send appeal to Department Offender Grievance Manager. |

| Signature of offender | Date signed *(month, day, year)* |
|---|---|
| | |

**DISTRIBUTION:** Copy – Facility Grievance Specialist; Copy – Department Grievance Manager; Copy – Offender Packet, Facility; Copy - Offender



# Indiana Department of Correction
## Offender Grievance Response Report
### Case Log #: 130961

**DOC No:** 157393     **Offender Name:** Curtis Mcbride     **Bldg/Range/Bed:** D-D2- 222

**Current Facility:** ISP

**TOPIC:** Operations, Institution - Personal Property-Incl.Confiscation or Destruction     **Incident Date:** 21-JUN-21

## Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| I - Formal Grievance | 23-JUN-21 | 29-JUN-21 | 31-AUG-21 |

**Level Response**

Per Major Wardlow, you shoud have all of your allowed property back. If you feel as if your property was lost or damaged by staff, you need to file a tort claim for these items . The property room officer is aware of your concern. Please be patient as staff is still going through offenders property, and are trying to get it back to everyone in a timely manner.

GRIEVANCE ADDRESSED

September 27, 2021

FACILITY APPEAL RESPONSE

Your appeal has been reviewed. Level 1 response is appropriate.

APPEAL DENIED

Executive Assistant Mark Newkirk for Warden Neal

| | | | |
|---|---|---|---|
| II - Formal Appeal | 30-SEP-21 | 04-OCT-21 | 14-OCT-21 |

**Level Response**

Your grievance appeal and all attached documents have been reviewed
I concur with the Facility level responses

Grievance Appeal Denied
Mr. I. Randolph is the Final Reviewing Authority Per
Offender Grievance Process 00 02 301
The above response serves for the Offender Grievance Manager for the final level of review
Mr. I. Randolph. Final Reviewing Authority Offender Grievance Process 00 02 301

14-OCT-21 02:24 PM

**GRIEVANCE APPEAL**
State Form 45473 (R3 / 4-17)
DEPARTMENT OF CORRECTION
OFFENDER GRIEVANCE PROGRAM

RECEIVED SEP 2 9 2021 JRW

| | FOR OFFICIAL USE ONLY |
|---|---|
| | Grievance log number 129890 |

| Date form sent to offender *(month, day, year)* 9-14-2021 | Date of grievance *(month, day, year)* 06-22-2021 | RECEIVED BY |
|---|---|---|
| Name of offender Curtis McBride | DOC number 157393 | Facility I.S.P SEP 2 9 2021 |
| Housing assignment DW222 | Date grievance response received *(month, day, year)* 09-02-2021 | CLASSIFICATIONS |

Facility level appeal:

The response to MY Grievance isn't true.
You can view your cameras on any Tue or
Thursday morning to see for yourself

Scanned

| Signature of offender | Date signed *(month, day, year)* 09-14-2021 |
|---|---|

Facility level response:

Wrong form. This is your copy.
JRW

| Signature of warden / designee | Date signed *(month, day, year)* |
|---|---|

**Please check the appropriate box and return this form to the *Facility Grievance Specialist*.**

☐ Agree with facility appeal response.

☑ Disagree with facility appeal response. Send appeal to Department Offender Grievance Manager.

| Signature of offender | Date signed *(month, day, year)* 9-22-2021 |
|---|---|

**DISTRIBUTION:** Copy – Facility Grievance Specialist; Copy – Department Grievance Manager; Copy – Offender Packet, Facility; Copy - Offender

**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

SEP 1 5 2021

FOR OFFICIAL USE ONLY

Grievance number

| To: **Facility Grievance Specialist** | Facility I.S.P. | Date (month, day, year) 9-13-202_ RECEIVED BY |
|---|---|---|

| From (name of offender) Curtis McBride | DOC number 157393 | Signature of offender [signature] SEP 2 2021 |

| Housing assignment DW 222 | Date of incident (month, day, year) 9-13-2021 | CLASSIFICATION |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

I wrote Hawkins, Waslow and got no reply
I got my T.V. on 8-21-2021 and have been
requesting my cable cord, 2 legal Manilla envelopes
labeled 320 in big black marker. And my blood Pressure
medication, along with my remote.

Lt. Lot send me a go back in get the cable cord
and other items.

State the relief that you are seeking.

Have Property send my cabel cord
remote, 2 legal envelopes full of legal work labeled
320 "320" as well as my blood Pressure meds
CLASSIFICATION

| Signature of Facility Grievance Specialist | Date (month, day, year) |
|---|---|

**DISTRIBUTION:** Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS

**OFFENDER GRIEVANCE**
State Form 45471 (R5 / 3-20)
DEPARTMENT OF CORRECTION

Grievance number: 133080

| To: **Facility Grievance Specialist** | Facility: I.S.P. | Date (month, day, year): 9-22-2021 |
|---|---|---|
| From (name of offender): Curtis McBride | DOC number: 157393 | Signature of offender: SEP 2 5 2021 |
| Housing assignment: DW 222 | | Date of incident (month, day, year): 9-18-2021 |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
**(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)**

I unpluged my fan to charge my tablet and the Power socket stopped working. I stopped every officer working and informed them. I got the same reply They been coming over since Monday. I been in my room since 9-18-2021 with no ~~????~~ Power coming out of my plug socket.

Ms. Dawe say she emailed them Both O'I'C in both groups called and emailed Maintenance. Monday I was told they a be here no one has still came as of 9-22-2021. It was a terrible feeling not being able to watch football on Sunday.

Scanned

State the relief that you are seeking.

I am a human being I'd like to be treated as such.

| Signature of Facility Grievance Specialist | Date (month, day, year): 9-29-21 |
|---|---|

**DISTRIBUTION:** Original – Grievance Specialist; Copy – Offender; Copy – Offender Packet; Copy – IRIS



Indiana Department of Correction
Indiana State Prison

# Offender Grievance Response Report
## Case Log #: 133080

RECEIVED BY
DEC 1 4 2021
CLASSIFICATIONS

**DOC No:** 157393     **Offender Name:** Curtis Mcbride     **Bldg/Range/Bed:** D-D2- 222

**Current Facility:** ISP

**Incident Date:** 18-SEP-21

*TOPIC:* Housing - Cell Provisions

## Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| I - Formal Grievance | 22-SEP-21 | 24-SEP-21 | 21-OCT-21 |

**Level Response**
Even though there was no workorder put in, your outlet was repaired Thursday, October 21, 2021.

GRIEVANCE RESOLVED

November 15, 2021

FACILITY APPEAL RESPONSE

Your appeal has been reviewed. Level 1 response is appropriate.

APPEAL DENIED

Executive Assistant Mark Newkirk for Warden Neal

*SCANNED*

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| II - Formal Appeal | 18-NOV-21 | 06-DEC-21 | 14-DEC-21 |

**Level Response**

Your grievance appeal and all attached documents have been reviewed
I concur with the Facility level responses

Grievance Appeal Denied
Mr. I. Randolph is the Final Reviewing Authority Per
Offender Grievance Process 00 02 301
The above response serves for the Offender Grievance Manager for the final level of review
Mr. I. Randolph. Final Reviewing Authority Offender Grievance Process 00 02 301

14-DEC-21 12:17 PM

**GRIEVANCE APPEAL**
State Form 45473 (R3/4-17)
DEPARTMENT OF CORRECTION
OFFENDER GRIEVANCE PROGRAM

FOR OFFICIAL USE ONLY

| Grievance log number |
|---|
| 133080 |

| Date form sent to offender *(month, day, year)* | | Date of grievance *(month, day, year)* | |
|---|---|---|---|
| 10-28-21 | | 9-22-2021 | |
| Name of offender | | DOC number | Facility |
| Curtis McBride | | 157393 | I.S.P. |
| Housing assignment | | Date grievance response received *(month, day, year)* | |
| DW 222 | | 10-21-2021 | |

Facility level appeal: A work order was put in more than once. C.O. Cross called and was told they were waiting on a special piece. Ms. Bane put 2 work orders in, she was told they were waiting on a special piece. Lt. lot, Lt. Drapper put work orders in and called as well. I had C.O. Gill called twice and was told the same about a piece. I sit in this room with no power for over 3 weeks. I put in a emergency grievance to also get moved it was returned to me. No maintenance worker ever came to inspect the problem so I don't know how they knew they needed a special piece. They just fixed it. And I never saw a special piece.

| Signature of offender | | Date signed *(month, day, year)* |
|---|---|---|
| *[signature]* | | 10-28-2021 |

Facility level response:

Attached

| Signature of warden / designee | | Date signed *(month, day, year)* |
|---|---|---|
| *[signature]* | | 11-15-21 |

---

**Please check the appropriate box and return this form to the Facility Grievance Specialist.**

☐ Agree with facility appeal response.

☑ Disagree with facility appeal response. Send appeal to Department Offender Grievance Manager.

| Signature of offender | | Date signed *(month, day, year)* |
|---|---|---|
| *[signature]* | | 11-18-2021 |

FOR OFFICIAL USE ONLY.

| To: **Facility Grievance Specialist** | Facility I.S.P. | Grievance number 126108 RECEIVED BY DEC 27 2021 |

DEC 2 2 2021

| From (name of offender) Curtis McBride | DOC number 157393 | Signature of offender [signature] | CLASSIFICATIONS |

Date (month, day, year) 12-20-2021

| Housing assignment Ce 217 | Date of incident (month, day, year) 12-13-2021 |

Provide a brief, clear statement of your complaint or concern.  Include any information that may assist staff in responding to your grievance.
*(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)*

I was made to go in a cell with no working light fixture, the power outlets look like a fire hazzard and barely work, And the cable cord is cut, Officer escvito looked and said there's no light hook up in your cell and locked me in here. I been in here all week with no light fixture, no cable hook up and my power outlet isn't safe.



State the relief that you are seeking.

Fix my cell and quit putting me in these condemed cells

| Signature of Facility Grievance Specialist [signature] | Date (month, day, year) 12-21-21 |



Indiana Department of Correction
Indiana State Prison

Offender Grievance Response Report

**Case Log #: 136692**

DOC No: 157393          **Offender Name:**   Curtis Mcbride                    **Bldg/Range/Bed:** CE-CE2- 217

**Current Facility:**   ISP

**TOPIC:**   Housing - Cell Provisions                                    **Incident Date:** 13-DEC-21

## Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| I - Formal Grievance | 20-DEC-21 | 22-DEC-21 | 05-JAN-22 |

Level Response
I sent an email to Mr. Kaufman to send your work order request  to the maintence department that handles electric issues.  Please be patient as the Maintence Department is working on other requests at this time.

GRIEVANCE  ADDRESSED

SCANNED

_____
**Executive Assistant**

_____
1/5/22
**Date**

_____
**Student/Offender**

_____
**Date**

_____ **Agree** _____ **Disagree**

ATTACHMENT VI



**NOTICE OF CONFISCATED PROPERTY**
State Form 36030 (R3/7-99)

**STATE OF INDIANA
DEPARTMENT OF CORRECTION**

Date (month, day, year): 6/27/26

Name of Offender: McBRIDE          DOC Number: 157393      Housing Unit: CCH

On the above date, the property described below was confiscated.

Description of property:
LEGAL MATERIALS BUNDLE
POLICY BUNDLE
5 MAGAZINES
ORGANIZER FULL OF PAPERS
21 MISC. BOOKS

Reason for confiscation:
EXCESS

| | Shift: 5x2 | Property forwarded to: |
| of Confiscating Officer: | DOC Number: | Property referred: |
| Offender: | | |
| Property Room (if applicable): | | Date received in property room: |

The confiscation of personal property may be challenged in accordance with
Department of Correction Policy 00-02-301, "The Offender Grievance Process".

ATTACHMENT VI



**NOTICE OF CONFISCATED PROPERTY**
State Form 36030 (R3/7-99)

STATE OF INDIANA
DEPARTMENT OF CORRECTION

Date (month, day, year)
01/22/21

| Name of Offender: Mc BRIDE | DOC Number: 7393 | Housing Unit: CCH |
|---|---|---|

On the above date, the property described below was confiscated.

Description of property:

11 BOOKS
4 LAUNDRY BAGS
4 STATE UNDER SHORTS
MISC GREETING CARDS

Reason for confiscation:

EXCESS

| Signature of Confiscating Officer: | Shift: 5x2 | Property forwarded to: |
|---|---|---|
| Signature of Offender: | DOC Number: | Property referred: |
| Signature of Property Room (if applicable): | | Date received in property room: |

cc: Offender
Housing Unit
Property Room

The confiscation of personal property may be challenged in accordance with
Department of Correction Policy 00-02-301, "The Offender Grievance Process".

ATTACHMENT VI



**NOTICE OF CONFISCATED PROPERTY**
State Form 36030 (R3/7-99)

STATE OF INDIANA
DEPARTMENT OF CORRECTION

Date *(month, day, year)*:
06/10/21

| Name of Offender: McBride | DOC Number: 157313 | Housing Unit: C 320 |
| --- | --- | --- |

On the above date, the property described below was confiscated.

Description of property:

23  Soft cover books
9   Nat'nal Geograph. small mag
11  Nat'nal Geograph. mag
    Entrepreneur mag
1   Nat'l of the earth

Reason for confiscation:

excess

| Signature of Confiscating Officer: | Shift: | Property forwarded to: |
| --- | --- | --- |
| | | |
| Signature of Offender: *Not available* | DOC Number: 157393 | Property referred: |
| Signature of Property Room *(if applicable)*: | | Date received in property room: |

cc: Offender
    Housing Unit
    Property Room

The confiscation of personal property may be challenged in accordance with
Department of Correction Policy 00-02-301, "The Offender Grievance Process".

ATTACHMENT VI



**NOTICE OF CONFISCATED PROPERTY**
State Form 36030 (R3/7-99)

**STATE OF INDIANA**
**DEPARTMENT OF CORRECTION**

Date *(month, day, year)*: 6/22/21

Name of Offender: Mc BRIDE   DOC Number: 157393   Housing Unit: CCH

On the above date, the property described below was confiscated.

Description of property:

3 BAGS CEREAL          1 POPCORN
1 BOZZI SALSA           1 ASPRIN
1 ONION POWDER       1 COUGH DROPS
1 VEG FLAKES            1 RIPE
2 HOT SAUCES           2 BLISTER PACKS MEDS
3 SEASONINGS BOTTLES    1 LIP BALMB
4 RAMIEN NOODLE SOUPS
1 BAG SNACKS
2 BEANS

Reason for confiscation:

EXCESS FOOD

Signature of Confiscating Officer:        Shift: 5X2    Property forwarded to:

Signature of Offender:        DOC Number:    Property referred:

Signature of Property Room *(if applicable)*:      Date received in property room:

cc: Offender
   Housing Unit
   Property Room

The confiscation of personal property may be challenged in accordance with
Department of Correction Policy 00-02-301, "The Offender Grievance Process".

NAME _McBRIDE_ 157343 6/12/21 FLAG HOUSE C/L

NUMBER

The following is an itemized list of all personal property of the above named offender who is being

transferred from _____ to _____

| Institution - Area - Cell # | | Institution - Area - Cell # | |
|---|---|---|---|
| **TOILET ARTICLES** | | **SHOES** | |
| After Shave | Dentures | State | Tennis |
| Deodorant _2_ | Hairbrush | Shower | |
| Mirror | Shampoo | **CLOTHING** _(PUT IN LNDRY)_ | |
| Safety Razors | Hair Conditioner | State Pants _4_ | State Shirts _1_ _(IN LDRY)_ |
| Shaving Cream | Bar Soap | Sweat Pants _1_ | Under Shorts _3_ _(NASTY SIZES)_ |
| Body Powder | Soap Dish | Sweat Shirts | Under Shirts |
| Toothbrush | Combs | Sweat Shorts | Socks _4 PAIRS_ |
| Toothpaste _2_ | Lotion _1_ | State Coat | Wash Cloths |
| Body Oils | Nail Clippers   L=   S= | White Handkerchiefs | Towels _1_ |
| Tweezers | | Belts _1 LEATHER_ | Hats |
| **FOOD ITEMS** | | Thermal Bottoms | Thermal Tops |
| Pop | Package Goods | **HOBBY & MISC. ITEMS** | |
| Coffee | Drink Mix | Batteries | Antenna |
| Canned Goods | Chips/Snacks | Cable Box | Headphone/Buds |
| | | Headphone Jacks | Medic Alert Tags |
| | | Walkman Radio | Religious Necklace |
| **PERSONAL ITEMS** | | Laundry Bag | |
| Eye Glasses | Sun Glasses | Television: (Make) | (Model) |
| Watch | Cooler | (Serial Number) | |
| Rings | Hot Pot | **CRAFT ITEMS** | |
| Bowl | Fan | _1 ELECTRIC LIGHT_ | |
| Bowl Lid | Playing Cards | _1 ALTERED/BROKEN FAN  ELECTRIC_ | |
| Cup | Bible/Qurans | _1 PAIR GLOVES,_ | |
| Cup Lid | Dictionary | _3 HATS , 1 DO RAG , 2 MASKS ,_ | |
| Can Opener | Shoe Polish | | |
| Pens | Pencils | | |
| Books | Magazines | | |
| Legal Papers | Personal Papers | | |

Segregated Offenders: All bedding and Grade two items must be sent the offender during the shift in which they were segregated.

Staff must pack and inventory all other property and notify the dispatcher. The dispatcher shall dispatch a Yard Sergeant/Officer
to pick up the property. Packing done by 4-12 & 12-8 shifts unless urgent.
The Yard Sergeant/Officer shall deliver the property to the property room.
This form must be filled out and signed below by all concerned staff.

Packed by _____ Printed Name _D. Buxton/H_    Date _6/12/21_    Shift _____

Witnessed by _____ Printed Name _____    Date _____    Shift _____
Time Dispatcher Notified _____    Time Picked Up by Yard Sergeant/Officer _____

Yard Sergeant/Officer _____ Printed Name _____
Property Room Officer _____ Printed Name _____    Date Rec'd _____

Distribution: White - Property Room; Canary - Shelter; Pink - Offender

The following is an itemized list of all personal property of the above named offender who is being
transferred from _____ to _____

| Institution - Area - Cell # | | Institution - Area - Cell # | |
|---|---|---|---|
| **TOILET ARTICLES** | | **SHOES** | |
| After Shave | Dentures | State | Tennis |
| Deodorant | Hairbrush | Shower | |
| Mirror | Shampoo | **CLOTHING** | |
| Safety Razors | Hair Conditioner | State Pants | State Shirts |
| Shaving Cream | Bar Soap | Sweat Pants | Under Shorts 4 |
| Body Powder | Soap Dish | Sweat Shirts | Under Shirts |
| Toothbrush | Combs | Sweat Shorts | Socks |
| Toothpaste | Lotion | State Coat | Wash Cloths |
| Body Oils | Nail Clippers    L=    S= | White Handkerchiefs | Towels |
| Tweezers | | Belts | Hats |
| **FOOD ITEMS** | | Thermal Bottoms | Thermal Tops |
| Pop | Package Goods | **HOBBY & MISC. ITEMS** | |
| Coffee | Drink Mix | Batteries | Antenna |
| Canned Goods | Chips/Snacks | Cable Box | Headphone/Buds |
| | | Headphone Jacks | Medic Alert Tags |
| | | Walkman Radio | Religious Necklace |
| **PERSONAL ITEMS** | | Laundry Bag | |
| Eye Glasses | Sun Glasses | Television: (Make) | (Model) |
| Watch | Cooler | (Serial Number) | |
| Rings | Hot Pot | **CRAFT ITEMS** | |
| Bowl | Fan | 4 LAUNDRY BAGS (MESH) | |
| Bowl Lid | Playing Cards | MISC GREETING CARDS | |
| Cup | Bible/Qurans | | |
| Cup Lid | Dictionary | | |
| Can Opener | Shoe Polish | | |
| Pens | Pencils | | |
| Books // | Magazines | | |
| Legal Papers | Personal Papers | | |

Segregated Offenders: All bedding and Grade two items must be sent the offender during the shift in which they were segregated.

Staff must pack and inventory all other property and notify the dispatcher. The dispatcher shall dispatch a Yard Sergeant/Officer to pick up the property. Packing done by 4-12 & 12-8 shifts unless urgent.
The Yard Sergeant/Officer shall deliver the property to the property room.
This form must be filled out and signed below by all concerned staff.

Packed by _____  _D. BROWN_ (Printed Name)  Date _6/22/21_  Shift _____

Witnessed by _____ (Signature) _____ (Printed Name)  Date _____  Shift _____

Time Dispatcher Notified _____  Time Picked Up by Yard Sergeant/Officer _____

Yard Sergeant/Officer _____ (Signature) _____ (Printed Name)

Property Room Officer _____ (Signature) _____ (Printed Name)  Date Rec'd _____

Distribution: White - Property Room; Canary - Shelter; Pink - Offender

The following is an itemized list of all personal property of the above named offender who is being
• transferred from _____ to _____

| Institution - Area - Cell # | | Institution - Area - Cell # | |
|---|---|---|---|
| **TOILET ARTICLES** | | **SHOES** | |
| After Shave | Dentures | State | Tennis |
| Deodorant | Hairbrush | Shower | |
| Mirror | Shampoo | **CLOTHING** | |
| Safety Razors | Hair Conditioner | State Pants | State Shirts |
| Shaving Cream | Bar Soap | Sweat Pants | Under Shorts |
| Body Powder | Soap Dish | Sweat Shirts | Under Shirts |
| Toothbrush | Combs | Sweat Shorts | Socks |
| Toothpaste | Lotion | State Coat | Wash Cloths |
| Body Oils | Nail Clippers    L=    S= | White Handkerchiefs | Towels |
| Tweezers | | Belts | Hats |
| **FOOD ITEMS** | | Thermal Bottoms | Thermal Tops |
| Pop | Package Goods | **HOBBY & MISC. ITEMS** | |
| Coffee | Drink Mix | Batteries | Antenna |
| Canned Goods | Chips/Snacks | Cable Box | Headphone/Buds |
| | | Headphone Jacks | Medic Alert Tags |
| | | Walkman Radio | Religious Necklace |
| **PERSONAL ITEMS** | | Laundry Bag | |
| Eye Glasses | Sun Glasses | Television: (Make) | (Model) |
| Watch | Cooler | (Serial Number) | |
| Rings | Hot Pot | **CRAFT ITEMS** | |
| Bowl | Fan | | |
| Bowl Lid | Playing Cards | | |
| Cup | Bible/Qurans | | |
| Cup Lid | Dictionary | | |
| Can Opener | Shoe Polish | | |
| Pens | Pencils | | |
| Books    21 | Magazines    5 | | |
| Legal Papers    2 | Personal Papers    MISC | | |

**Segregated Offenders:** All bedding and Grade two items must be sent the offender during the shift in which they were segregated.

Staff must pack and inventory all other property and notify the dispatcher. The dispatcher shall dispatch a Yard Sergeant/Officer
to pick up the property. Packing done by 4-12 & 12-8 shifts unless urgent.
The Yard Sergeant/Officer shall deliver the property to the property room.
This form must be filled out and signed below by all concerned staff.

| | | | |
|---|---|---|---|
| Packed by _____ | D. Boscout | Date 6/22/21 | Shift _____ |
| Signature | Printed Name | | |
| Witnessed by _____ | _____ | Date _____ | Shift _____ |
| Signature | Printed Name | | |
| Time Dispatcher Notified _____ | Time Picked Up by Yard Sergeant/Officer _____ | | |
| Yard Sergeant/Officer _____ | _____ | | |
| Signature | Printed Name | | |
| Property Room Officer _____ | _____ | Date Rec'd _____ | |
| Signature | Printed Name | | |

**Distribution:** White - Property Room; Canary; Shelter; Pink - Offender

NAME _USDC IN/ND_ CASE NUMBER _157393_ CELL HOUSE _RCH_

The following is an itemized list of all personal property of the above named offender who is being

transferred from _____ to _____

| Institution - Area - Cell # | | Institution - Area - Cell # | |
|---|---|---|---|
| **TOILET ARTICLES** | | **SHOES** | |
| After Shave | Dentures | State | Tennis |
| Deodorant | Hairbrush | Shower | |
| Mirror | Shampoo | **CLOTHING** | |
| Safety Razors | Hair Conditioner | State Pants | State Shirts |
| Shaving Cream | Bar Soap | Sweat Pants | Under Shorts |
| Body Powder | Soap Dish | Sweat Shirts | Under Shirts |
| Toothbrush | Combs | Sweat Shorts | Socks |
| Toothpaste | Lotion | State Coat | Wash Cloths |
| Body Oils | Nail Clippers  L=  S= | White Handkerchiefs | Towels |
| Tweezers | | Belts | Hats |
| **FOOD ITEMS** | | Thermal Bottoms | Thermal Tops |
| Pop | Package Goods | **HOBBY & MISC. ITEMS** | |
| Coffee | Drink Mix | Batteries | Antenna |
| Canned Goods | Chips/Snacks | Cable Box | Headphone/Buds |
| _F ? ITEMS_ | | Headphone Jacks | Medic Alert Tags |
| _IXD UP - SEE_ | | Walkman Radio | Religious Necklace |
| **PERSONAL ITEMS** _CONE INVENTORY_ | | Laundry Bag | |
| Eye Glasses | Sun Glasses | Television: (Make) | (Model) |
| Watch | Cooler | (Serial Number) | |
| Rings | Hot Pot | **CRAFT ITEMS** | |
| Bowl | Fan | | |
| Bowl Lid | Playing Cards | | |
| Cup | Bible/Qurans | | |
| Cup Lid | Dictionary | | |
| Can Opener | Shoe Polish | | |
| Pens | Pencils | | |
| Books | Magazines | | |
| Legal Papers | Personal Papers | | |

**Segregated Offenders:** All bedding and Grade two items must be sent the offender during the shift in which they were segregated.

Staff must pack and inventory all other property and notify the dispatcher. The dispatcher shall dispatch a Yard Sergeant/Officer to pick up the property. Packing done by 4-12 & 12-8 shifts unless urgent.
The Yard Sergeant/Officer shall deliver the property to the property room.
This form must be filled out and signed below by all concerned staff.

Packed by _____  _D. Bugswelt_  Date _6/22/21_  Shift _____
  Signature  Printed Name

Witnessed by _____  _____  Date _____  Shift _____
  Signature  Printed Name

Time Dispatcher Notified _____  Time Picked Up by Yard Sergeant/Officer _____

Yard Sergeant/Officer _____  _____
  Signature  Printed Name

Property Room Officer _____  _____  Date Rec'd _____
  Signature  Printed Name

Distribution: White - Property Room; Canary - Shelter; Pink - Offender

*Exhibit B* (handwritten)

NOTICE OF TORT CLAIM
February 23, 2022
Claimant: Curtis McBride

**CIOBANU LAW, P.C.**
902 EAST 66TH STREET
INDIANAPOLIS, IN 46220
PHONE: 317-495-1090
TOLL FREE FAX: 866-841-2071

*CiobanuLaw.com*

**INDIANA ATTORNEYS**
ANDREA CIOBANU, M.P.A., J.D.*
VIOREL CIOBANU, J.D.

*Registered Civil & Domestic Mediator*

February 23, 2022

Via Certified Mail

**Office of the Attorney General**
Attn: Tort Claim Investigations
Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204

Via Certified Mail

**Indiana Political Management Risk Assessment Subdivision**
Attn: Sherry Barnes
311 W Washington Street, Suite 300
Indianapolis, IN 46204

Via Certified Mail

**Indiana State Prison**
Attn: Warden Ron Neal
1 Park Row
Michigan City, IN 46360

## NOTICE OF TORT CLAIM

**Re: Claimant Curtis McBride (DOC# 157393)**

To The Above Addressees:

You are hereby notified that on this date, notice is given to the aforementioned entities pursuant to Indiana Code § 34-13-3-1 et seq., that Curtis McBride, intends to assert a tort claim against the Indiana State Prison, for, but not limited to, violation of Constitutional Rights, intentional infliction of emotional distress, due process violations, 8th Amendment violations, tortious interference, refusal for medical care, deliberate indifference, battery, conversion, inadequate access to regular showers, false imprisonment, equal protection and other Constitutional deprivations, as well as any other applicable state and federal claim arising out of the tortious conduct of said parties occurring on or around, September 13, 2021 and ongoing to present and additional specific dates provided below, resulting in harm to Claimant.

## I.    STATEMENT OF FACTS/BACKGROUND

Since September 13, 2021, (and prior) and continuing to present, upon information and belief, claimant has been mistreated. Claimant avers that he had to live in

1

NOTICE OF TORT CLAIM
February 23, 2022
Claimant: Curtis McBride

unacceptable conditions and his personal items were withheld without cause, battered, not fed adequate food, and misclassified among other things. On or around September 18, 2021, the Claimant avers that his prayer rugs, blood pressure medication, books, amongst other things were not given to him.

Additionally, on or around September 18, 2021, Claimant was placed in a cell without power and was kept in that way for over a month. Claimant filed many grievances regarding this matter.

On or around October 10, 2021, Claimant was unable to maintain healthy hygiene as he was denied access to shower. See included documentation included and incorporated herein along with this Tort Claim Notice.

Documentation to support and further explain claims is included and incorporated herein along with this Tort Claim Notice.

## II.   EXTENT OF LOSS/DAMAGES

The extent of Claimants' loss in this matter cannot be precisely calculated, but includes, among other things, attorney's fees, embarrassment, physical damages and emotional distress.

## III.   TIME AND PLACE OF LOSS

September 2021 and ongoing to present, including listed dates listed above

Location where events took place:

Indiana State Prison
1 Park Row
Michigan City, IN 46360

## IV.   NAMES OF ALL PERSONS INVOLVED (Including Witnesses)

- Claimant Curtis McBride (DOC #157393)
- Ron Neal
- Bruce Lemmon
- Sergeant Haverly
- Officer Matthews
- Any and all witnesses from Indiana State Prison
- Any and all other victims and family members with firsthand knowledge
- Any other individual with information regarding these actions
- Any and all individuals noted in the included documents.

2

NOTICE OF TORT CLAIM
February 23, 2022
Claimant: Curtis McBride

## V.   AMOUNT OF DAMAGES SOUGHT

The exact amount of damages suffered by claimant cannot be precisely calculated at this time. Please note that the claimant is willing, through undersigned, to negotiate this claim in good faith.

## VI.   RESIDENCE OF CLAIMANT

Indiana State Prison
1 Park Row
Michigan City, IN 46360

## VII.   PRESERVATION REQUEST AND NOTICE

This matter may lead to litigation. Therefore, the claimant requests that you take very reasonable step to preserve potentially discoverable information related to the facts/incidents/events described above starting now until this matter is finally resolved, including but not limited to audio, visual, dash-cams, pictures, video surveillance of multiple incidences mentioned herein, internal communications regarding incidences explained herein, and any electronic communication, any and all communication in any mode whatsoever regarding these matters. As such, please forward a copy of this letter or a request to preserve potentially discoverable information to any and all persons and entities with custodial responsibilities over that potentially discoverable information.

This request covers both the preservation of tangible documents and other items and electronically stored (e.g. computer files) information. Preservation of this information may require, among other things, the discontinuance of all data destruction and backup recycling policies that would eliminate any potentially discoverable evidence.

## VIII.   FULL AND COMPLETE NOTICE

If for any reason you feel that the above notice does not constitute full and complete notice of our claim pursuant to Indiana Code § 34-13-3-1 *et seq.*, or that some other agency or department shall be notified, please contact our office immediately and we will provide whatever additional information is necessary. This notice is intended to preserve any and all potential remedies that her client may have in this case. Absent any response on your part, we will assume that this letter fully complies with the notice provisions of Indiana Code § 34-13-3-1 *et seq.*

3

NOTICE OF TORT CLAIM
February 23, 2022
Claimant: Curtis McBride

### IX.  PLEASE DISSEMINATE

Undersigned requests that this notice be disseminated to those persons implicated or potentially implicated in the action.

Respectfully Submitted,

*Andrea L. Ciobanu*

Andrea L. Ciobanu, #28942-49
CIOBANU LAW, P.C.
Email: aciobanu@ciobanulaw.com

Enclosures: Grievances, Appeals, Narratives, Request for healthcare, Additional Documentation, etc.

Exhibit C

# INDIANA DEPARTMENT OF CORRECTION
## E334, Indiana Government Center South
## 302 West Washington Street
## Indianapolis, Indiana 46204

September 6, 2022

Mr. Curtis McBride, #157393
Indiana State Prison
One Park Row
Michigan City, Indiana 46361

      RE:    Notice of Tort Claim
             File No. ISP 87-2022

Dear Mr. McBride:

      This correspondence relates to the Notice of Tort Claim referenced above.

      Pursuant to Indiana Code 34-13-3-11, a tort claim is deemed denied if the government agency fails to approve the claim within ninety (90) days after it is filed. Because your tort claim was not approved for a period substantially longer than ninety days, it is now deemed denied. Consequently, our file will be closed.

      In the event you wish to pursue this matter further, a claim must be filed in civil court. If you wish to obtain legal advice, I suggest you consider availing yourself of the resources of the facility law library, or consult with a private attorney. Finally, please understand that Indiana law places strict limitations on the time you have to file civil legal action after the date of loss occurred.

      I wish you the best of luck in this matter.

                                    Sincerely,

                                    Robert D. Bugher
                                    Legal Services Division

cc:    Facility, Central Office Records
       Office of Attorney General